UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>                    )<br>v.  )<br>                    )<br>NIKOS M. LINARDAKIS,  )<br>      Defendant.  ) | Case No. 04-11519-DPW |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The plaintiff, United States of America, and the defendant, Nikos M. Linardakis, stipulate that the above captioned action is to be dismissed with costs and fees borne by each party.

For the plaintiff:

                                  UNITED STATES OF AMERICA
                                  By its attorneys

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                    By: *[signature]*
                                  CHRISTOPHER R. DONATO
                                  Assistant U.S. Attorney
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210

Dated: September 17, 2004

For the defendant:

                                  *[signature]*
                                  Nikos M. Linardakis
                                  Pro se

Dated: Sept. 17, 2004